IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ANTAVIAN LOVE,<br><br>  Plaintiff,<br><br>v.<br><br>UNNAMED DEFENDANT,<br><br>  Defendant. | CIVIL ACTION NO.: 6:21-cv-38 |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 3. Plaintiff did not file Objections to the Report and Recommendation. In fact, this Court's mailing was returned, with the notations: "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Doc. 5-1 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

SO ORDERED, this 13th day of October, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA